UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EDGAR RAY KILLEN                                                                                             PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:10cv122-DPJ-FKB

JIM HOOD, ET AL.                                                                                        DEFENDANTS

## ORDER OF REFERRAL

The Court finds that Defendants' Motions to Dismiss [4, 13] should be referred to Magistrate Judge F. Keith Ball for a determination pursuant to Federal Rule of Civil Procedure 72(b).

**SO ORDERED AND ADJUDGED** this the 24th day of September, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE